**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLORIBEL BARBOSA,

                Plaintiff,                24 **CIVIL** 1848 (RWL)

      -v-                               <u>**JUDGMENT**</u>

MARTIN J. O'MALLEY,
STIPULATION AND ORDER OF
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 16, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      September 16, 2024

                                          **DANIEL ORTIZ**
                                  **Acting Clerk of Court**

                       **BY:** _____
                                   **Deputy Clerk**